EXHIBIT 1

Hey grandma/grandpa!

*pause for response, if you get a name skip to #3*

1.) I was afraid you wouldn't recognize my voice because I'm sick.

*Pause for response, if you get a name skip to #3*

2.) It's your oldest grandson!

3.) Yeah it's Michael! I'm not really feeling well, and honestly I was hoping I could talk to you about something. It's just, before we do I need this to remain between just us for now okay?

4.) Well that's exactly why I called you, because I know I can trust you and talk to you honestly about things.

*pause for response, stroking their ego in a subtle way makes them happy.*

5.) Well, it was a friends birthday yesterday so a few of us went out for dinner. I started coughing and sneezing so a friend offered to head out with me. Well he had been drinking and since I hadn't been we decided the right thing to do would be if I drove his truck.

*Pause for response, they should think highly of you taking the initiative to do the right thing.*

6.) Well while I was driving I got a phone call, so I went to answer it and then it slipped from my hand. I reached down to pick it up and took my eyes off the road for just a second but that's when I rear ended the car in front of me!

*pause for response, concern is a good response. "Uh huh" for example, is not.*

7.) I hurt my nose, it's swollen but I'm going to be seeing a doctor soon, and I don't think anyone else got hurt.

*pause for response, they should be even more concerned now and will likely ask if you're in the hospital*

8.) No, I'm not. The thing is the people I hit were really mad, so I called the police thinking it was the right thing to do. When they came, I explained what happened to the officer but now they're holding me at the police station!

*Pause for response, they should be very concerned now and perhaps even confused as to the charge.*

9.) Well I mean I know you're not supposed to use your phone when you're driving but I thought if I was just being honest about it maybe I'd get a ticket at worst, but the officer told me cause there was an accident that I was going to be charged with reckless endangerment!

*Pause for response. They may ask a couple of different questions but you can curve them with #10. One of the biggest mistakes we can make as an opener is to start trying to answer every single question they pose to us.*

10.) Look, I'm not going to make any excuses I just really hope you don't think less of me over this.

*Pause for response, this is my clincher line. Their response to that line indicates the quality of a client, the ones who believe you tend to reply with things like "No sweetheart I love you" and that's great. Now, if they ask "What's going to happen now?" skip to #13, if they ask "Do your mom/dad/wife know?" Continue.*

11.) No, they don't. I'm not going to hide this from them though, okay? I called you because I know I can trust you and I want to be able to tell them, myself, once I get out and when I have more time to talk. So for now I just want this to stay between us.

*Pause for response, if they move on from this question to "What happens next?" skip to #13. If they're still on about other people being informed, continue.*

12.) I understand and I'm not going to keep this from them, but I don't think they should hear about this from anybody else but me. I know I messed up and I can't begin to tell you how ashamed of myself I am about this whole situation, but that's also why you need to let me have the opportunity to accept this

responsibility on my own, so I can tell them directly. All I'm asking for you to do is to just give me the chance to man up and do it myself, but if you call them and tell them then I won't be able to do that and that's not right.

*Pause for response, moving on to what's next.*

13.) Well luckily I have a really good attorney. He's put together a plea agreement where, if I agree to take a course on reckless driving and if I agree to do community service, when I come back to court next month they'll dismiss the charge!

14.) Well of course I agreed! I don't want to have a criminal record so I'll do that course and the community service! I'm sorry but the officer here just told me I have to get off the phone. They don't give us too much time to talk. They can transfer the call to my attorney's office. Can you speak to him to see how to help get me out of here?

*Pause for response, they should be asking you what they must do to help.*

15.) I know he said I needed to put up an appearance bond to get released, and I also know you will get the money back after I come back to court in a month. He will be able to answer all of your questions, he's a really good guy. He's the one who called a doctor for me to see because no one cared that I was feeling sick and hurt until he got involved. So just please talk to him and see what has to be done to get me out of here!

*Pause for response, whether they bring up mom/dad/wife again or not it's important to reiterate:*

16. ) You'll have to hold the line for at least a minute or two while they transfer the call to his office, please just allow me the chance to tell anybody else about what's happened, I don't want anybody to hear about this from anyone else but me okay? I know I need to step up and be honest about what I did and I'm trusting you to give me the chance to do that myself.

17.) Thank you so much, and I really am sorry about all of this. I promise I'm going to make this up to you. They're going to transfer the call now okay, it might take a couple of minutes just hold on the phone.  *while holding the phone a few inches from your face* You can transfer the call now officer, thank you.