



| | | | |
|---|---|---|---|
| Barton | VT | 05822 | 77 $125,000 - $149,999 |
| Waterbury | VT | 05676 | 85 $100,000 - $124,999 |
| Cornwall | VT | 05753 | 77 $125,000 - $149,999 |
| Waterford | VT | 05819 | 83 $90,000 - $99,999 |
| West Burke | VT | 05871 | 80 $70,000 - $79,999 |
| Stowe | VT | 05672 | 79 $100,000 - $124,999 |
| Colchester | VT | 05446 | 82 $60,000 - $69,999 |
| Killington | VT | 05751 | 78 $300,000 - $399,999 |
| Rutland | VT | 05701 | 79 $60,000 - $69,999 |
| Waitsfield | VT | 05673 | 86 $150,000 - $174,999 |
| Moretown | VT | 05660 | 89 $70,000 - $79,999 |
| Lowell | VT | 05847 | 85 $200,000 - $249,999 |
| Burlington | VT | 05401 | 78 $200,000 - $249,999 |
| Woodstock | VT | 05091 | 78 $250,000 - $299,999 |
| Williston | VT | 05495 | 77 $80,000 - $89,999 |
| Colchester | VT | 05446 | 81 $90,000 - $99,999 |
| Hinesburg | VT | 05461 | 82 $100,000 - $124,999 |
| White River Junction | VT | 05001 | 87 $60,000 - $69,999 |
| White River Junction | VT | 05001 | 81 $60,000 - $69,999 |
| White River Junction | VT | 05001 | 88 $60,000 - $69,999 |
| White River Junction | VT | 05001 | 82 $60,000 - $69,999 |
| Bethel | VT | 05032 | 89 $70,000 - $79,999 |
| Brookfield | VT | 05036 | 85 $125,000 - $149,999 |
| Randolph | VT | 05060 | 77 $150,000 - $174,999 |
| Corinth | VT | 05039 | 77 $100,000 - $124,999 |
| Groton | VT | 05046 | 86 $70,000 - $79,999 |
| Newbury | VT | 05051 | 88 $60,000 - $69,999 |
| Norwich | VT | 05055 | 77 $250,000 - $299,999 |
| Randolph | VT | 05060 | 80 $60,000 - $69,999 |
| Williamstown | VT | 05679 | 89 $60,000 - $69,999 |
| Randolph Center | VT | 05061 | 81 $60,000 - $69,999 |
| Sharon | VT | 05065 | 80 $100,000 - $124,999 |
| Sharon | VT | 05065 | 78 $80,000 - $89,999 |
| Sharon | VT | 05065 | 87 $90,000 - $99,999 |

**EXHIBIT 2**