UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

Crim. No. 2:25-cr-00019-wks-9

JIMMY YLIMAKI,
Defendant.

DEFENDANT'S UNOPPOSED MOTION TO EXCLUDE TIME AND TO EXTEND FILING DEADLINE FOR MOTIONS

Defendant Jimmy Ylimaki submits this motion to extend the filing deadline for motion in the above referenced case until Wednesday July 22, 2026. Defendant agrees to exclude the time from any speedy trial calculations. This case contains a significant amount of electronic discovery. Pursuant to 18 U.S.C. § 3161 (h)(7), more time is required for the defense to fully develop a complete understanding of the case. AUSA Burris does not object to extending the timelines.

DATED this 22nd day of May 2026.

By___/s/_J.Burke___________

Jessica Burke, Esq.

For Jimmy Ylimaki
77 College St., Suite 2C
Burlington, Vermont 05401