UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

Crim. No. 2:25-cr-00019-wks-9

JIMMY YLIMAKI,
Defendant.

Order

On May 22, 2026, Mr. Ylimaki filed an *Unopposed Motion to Exclude Time and Extend* Motion Filing Deadline. Attorney Burke advised the Court that Mr. Ylimaki recognizes that any additional time granted will be excluded from computation under the Speedy Trial Act.

The Court finds that additional time is required to afford Mr. Ylimaki adequate time to review extensive discovery, to prepare for trial, and to address Mr. Ylimaki's pretrial motions. Pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(ii), the Court finds that the ends of justice are best served by granting an extension of time and outweigh the best interests of the Defendant and the public in a speedy trial on the grounds that denial of an extension of time would deny the Defendant, exercising due diligence, reasonable time for effective preparation of this case.

Mr. Ylimaki's motion is therefore GRANTED. The pretrial motion is extended until

July 22, 2026. It is FURTHER ORDERED that the period of delay resulting from this extension of time is excluded in computing the time within which trial must commence pursuant the Speedy Trial Act.

Dated at Burlington, Vermont this ______ day of __________, 2026.

____________________________________
Judge William K. Sessions
United States District Court Judge