UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

Crim. No. 2:25-cr-00019-wks-9

JIMMY YLIMAKI,
Defendant.

DEFENDANT'S UNOPPOSED MOTION TO EXCLUDE TIME AND TO EXTEND FILING DEADLINE FOR MOTIONS

Defendant Jimmy Ylimaki submits this motion to extend the filing deadline for motion in the above referenced case until Friday October 2, 2026. Defendant agrees to exclude the time from any speedy trial calculations. This case contains a massive amount of electronic discovery. Progress has been made with regular visits to review the case with the clients at the facility, but additional time is required to complete the review. Pursuant to 18 U.S.C. § 3161 (h)(7), more time is required for the defense to fully develop a complete understanding of the case. AUSA Burris does not object to extending the timelines.

DATED this 8th day of July 2026.

By___/s/_J.Burke______

Jessica Burke, Esq.

For Jimmy Ylimaki
77 College St., Suite 2C
Burlington, Vermont 05401