NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

v. Case No. 2:25-cr-19-9

Jimmy Ylimaki

TAKE NOTICE that the above-entitled case has been scheduled at 10:30 a.m. on Monday, October 19, 2026 in Burlington, Vermont, before the Honorable William K. Sessions III, District Judge, for a Change of Plea Hearing.

Location: Courtroom 110

JEFFREY S. EATON, Clerk
By: /s/ Lisa A. Wright
Deputy Clerk
10/8/2026

TO:

Nathanael T. Burris, AUSA
Michelle M. Arra, AUSA
Nicole P. Cate, AUSA

Jessica L. Burke, Esq.

Court Reporter